# IN THE SUPREME COURT OF THE STATE OF NEVADA

JUSTIN CHANSE RIDER,
Petitioner,

vs.

SHERIFF OF ESMERALDA COUNTY;
AND BRIAN E. WILLIAMS, WARDEN
OF HIGH DESERT STATE PRISON,
Respondents.

No. 71486

**FILED**

DEC 1 6 2016

ELIZABETH A BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a petition for a writ of habeas corpus seeking release from pretrial confinement and dismissal of the charges due to alleged due process and speedy trial violations. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to consider this petition. *See* NRAP 22. Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc: Hon. Kimberly A. Wanker
Justin Chanse Rider
Attorney General/Carson City
Esmerelda County District Attorney
Esmeralda County Clerk

_____

[1]In light of our disposition, we deny as moot the motion to waive filing fees and the motion for extension of time.

16-39112